# Order

**Michigan Supreme Court**
**Lansing, Michigan**

October 29, 2019

159105

PEOPLE OF THE STATE OF MICHIGAN,
        Plaintiff-Appellee,

v

TERRELL MARCUS ROBERTS,
        Defendant-Appellant.

_____/

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

SC:  159105
COA:  339424
Ingham CC:  16-000384-FC

On order of the Court, the application for leave to appeal the December 4, 2018 judgment of the Court of Appeals is considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we VACATE Part II(B) and II(C) of the Court of Appeals judgment and REMAND this case to that court for reconsideration in light of *People v Beck,* 504 Mich ___ (2019) (Docket No. 152934).  In all other respects, leave to appeal is DENIED, because we are not persuaded that the remaining question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

October 29, 2019



s1021

Clerk